# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael P. Garrett** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yachi M. Garrett** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| Case number (If known) | 19-60376 | | |

☐ Check if this is an amended plan.

## Chapter 13 Plan and Motion

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.**

   (a) This plan:
   ☐ contains nonstandard provisions. See paragraph 15 below.
   ☑ does not contain nonstandard provisions.

   (b) This plan:
   ☑ values the claim(s) that secures collateral. See paragraph 4(f) below.
   ☐ does not value claim(s) that secures collateral.

   (c) This plan:
   ☑ seeks to avoid a lien or security interest. See paragraph 8 below.
   ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

   (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of **$478.00** for the applicable commitment period of:

   ☐ 60 months: **or**

   ☑ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

   (If applicable include the following: These plan payments will change to $_____ monthly on _____.)

   (b) The payments under paragraph 2(a) shall be paid:

   ☑ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

   ☐ Debtor 1 ____% ☑ Debtor 2 __100__%

   ☐ Direct to the Trustee for the following reason(s):
   ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
   ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s): _____

   (c) Additional Payments of **$0.00** (estimated amount) will be made on ____,__ (anticipated date) from (source, including income tax refunds).

3. **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which

| Debtor | Michael P. Garrett<br>Yachi M. Garrett | | Case number | 19-60376 |

become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

| CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

| CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
|---|---|---|---|---|
| -NONE- | | | | |

4.  **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:
    (a)  **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

    (b)  **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of **$4,500.00**.

    (c)  **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

    (d)  **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| -NONE- | | | | |

    (e)  **Secured Claims Excluded from 11 U.S.C. § 506** (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)). The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| 1803 Capital, LLC | 2010 Lincoln MKT | $9,075.00 | 7.00% | $155/36 Months<br>$234.00 until paid in full |

    (f)  **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Economy Finance Company | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| Economy Finance Company | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| Modern Finance | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| Money Lion Inc. | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| Money Lion Inc. | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| Sterling Finance | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |

| Debtor | Michael P. Garrett | | Case number | 19-60376 |
|---|---|---|---|---|
| | Yachi M. Garrett | | | |

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| World Finance | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| World Finance Co. | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| World Finance Co. | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| Swainsboro Financial Services | 2006 Dodge Charger and 2008 Chrysler Pacifica | $3,400.00 | 7.00% | Min. $69.00 |
| Swainsboro Financial Services | 1999 Honda Odyssey | $1,600.00 | 7.00% | Min. $32.00 |
| Tom's Pawn Central | 2-Laptops, 1-TV, Miscellaneous tools and .45 pistol and all other collateral | $500.00 | 7.00% | Min. $10.00 |
| Aaron's, Inc. | 23 Cu. Ft. Black Refrigerator Side by Side | $230.00 | 0.00% | Min. $5.00 |
| Aaron's Inc. | King Mattress Tight top Beauty Sleet, 2- King Foundations Silver X2, Eastern King Vlock Mattress Protect and East King Box Wrap 1 Sku For 2 Wraps | $780.00 | 0.00% | Min. $15.00 |
| NPRTO Georgia, LLC | Futon Bunkbed Black Twin, Futon Matt Black 6IN#30 and Allerton Twin Mattress | $475.00 | 0.00% | Min. $10.00 |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%

☐ with interest at _____% per annum; or ☐ without interest:

None

(h)` **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0.00**% dividend or a pro rata share of **$0.00**, whichever is greater.

5. **Executory Contracts.**
   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTORS |
|---|---|---|---|---|
| Verizon Wireless | Cell phone contract | Rejected | | |

   (b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|
| -NONE- | |

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; or ☐ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| -NONE- | |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| -NONE- | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all

| Debtor | **Michael P. Garrett** | | Case number | 19-60376 |
|---|---|---|---|---|
| | **Yachi M. Garrett** | | | |

affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| **Economy Finance Company** | | **Miscellaneous Household Goods** |
| **Economy Finance Company** | | **Miscellaneous Household Goods** |
| **Modern Finance** | | **Miscellaneous Household Goods** |
| **Money Lion Inc.** | | **Miscellaneous Household Goods** |
| **Money Lion Inc.** | | **Miscellaneous Household Goods** |
| **Sterling Finance** | | **Miscellaneous Household Goods** |
| **Swainsboro Financial Services** | | **Miscellaneous Household Goods** |
| **Swainsboro Financial Services** | | **Miscellaneous Household Goods** |
| **World Finance Co.** | | **Miscellaneous Household Goods** |
| **World Finance Co.** | | **Miscellaneous Household Goods** |
| **World Finance Co.** | | **Miscellaneous Household Goods** |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| **-NONE-** | | |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

**By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.**

Dated: **September 19, 2019**   **/s/ Michael P. Garrett**
**Michael P. Garrett**
*Debtor 1*

**/s/ Yachi M. Garrett**
**Yachi M. Garrett**
*Debtor 2*

**/s/ J. Michael Hall**
**J. Michael Hall 319333**
*Attorney for the Debtor(s)*

Debtor   **Michael P. Garrett**
         **Yachi M. Garrett**                                    Case number    19-60376

**United States Bankruptcy Court**
**For the Southern District of Georgia**

| | |
|---|---|
| **In the Matter of:** ) | **Chapter 13 Bankruptcy** |
| ) | |
| **Michael P. Garrett and** ) | **Case No. 19-60376** |
| **Yachi M. Garrett,** ) | |
| ) | |
| **Debtors.** ) | |

## CERTIFICATE OF SERVICE

I certify that I have served the Plan by United States standard first-class mail to the Chapter 13 Trustee, the US Trustee, and creditors on the attached mailing matrix:

O. Byron Meredith, III
Chapter 13 Trustee
PO Box 10556
Savannah, GA 31412

Office of the U.S. Trustee
Johnson Square Business Center
2 E Bryan Street, Ste. 725
Savannah, GA 31401

This 30th day of September, 2019.

/s/ J. Michael Hall          .
Attorney Bar No. 319333
Attorney for Debtors
Hall & Navarro, LLC
5 Oak Street
Statesboro, GA  30458
Telephone: (912) 764-6757
E-Mail: mhall@hallnavarro.com

```
Label Matrix for local noticing      1803 Capital, LLC                    Aaron's, Inc.
113J-6                               2600 Belle Chase Hwy. #206           d/b/a Aaron's
Case 19-60376-EJC                    Gretna LA 70056-7156                 426 S Main St.
Southern District of Georgia                                              Swainsboro GA 30401-3644
Statesboro
Mon Sep 30 10:32:53 EDT 2019

Brigit Inc.                          (p)CAPITAL ONE                       Credit One Bank
838 6th Ave.                         PO BOX 30285                         6801 S Cimarron Road
New York NY 10001-4194               SALT LAKE CITY UT 84130-0285         Las Vegas NV 89113-2273


Credit One Bank                      Dave Inc.                            Dept. of Ed/Nelnet
6801 S Cimmarron Road                1265 S Chchran Ave.                  121 South 13th St.
Las Vegas NV 89113-2273              Los Angeles CA 90019-2846            Lincoln NE 68508-1904


Dish Network                         Economy Finance Company              Fingerhut/Webbank
PO Box 9033                          Walters Management Company           6250 Ridgewood Road
Littleton CO 80160-9033              34 SE Broad St.                      Saint Cloud MN 56303-0820
                                     Metter GA 30439-4428


GA Dept. of Revenue                  Michael P. Garrett                   Yachi M. Garrett
Compliance Division, ARCS-Bankruptcy 670 N Coleman Street                 670 N Coleman Street
1800 Century Blvd. NW, Ste. 9100     Swainsboro, GA 30401-3731            Swainsboro, GA 30401-3731
Atlanta GA 30345


Georgia Student Finance Authority    J. Michael Hall                      Indigo-Celtic Bank
2082 E Exchange Place                Hall & Navarro, LLC                  PO Box 4499
Ste. 200                             5 Oak Street                         Beaverton OR 97076-4499
Tucker GA 30084-5334                 Statesboro, GA 30458-4848


Internal Revenue Service             (p)JEFFERSON CAPITAL SYSTEMS LLC     LVNV Funding, LLC
Centralized Insolvency Operation     PO BOX 7999                          625 Pilot Road
PO Box 7346                          SAINT CLOUD MN 56302-7999            Ste. 2/3
Philadelphia PA 19101-7346                                                Las Vegas NV 89119-4485


Lanier Collection Agency             Maurices Capital One                 O Byron Meredith III
PO Box 15519                         PO Box 4144                          P O Box 10556
Savannah GA 31416-2219               Carol Stream IL 60197-4144           Savannah, GA 31412-0756


Michael P. Garrett                   Modern Finance                       Money Lion Inc.
Yachi M. Garrett                     42 SE Broad St                       30 W 21st Street
670 N Coleman Street                 Metter GA 30439-4428                 Floor 9
Swainsboro GA 30401-3731                                                  New York NY 10010-6957


NPRTO Georgia, LLC                   Northland Comm                       Office of the U. S. Trustee
256 West Data Drive                  PO Box 790307                        Johnson Square Business Center
Draper UT 84020-2315                 Saint Louis MO 63179-0307            2 East Bryan Street, Ste 725
                                                                          Savannah, GA 31401-2638
```

```
Online Information Services          Pineland Telephone Cooperative     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
685 W Fire Tower Road                PO Box 678                         PO BOX 41067
Winterville NC 28590-9232            Metter GA 30439-0678               NORFOLK VA 23541-1067


(p)PROFESSIONAL DEBT MEDIATION       Ray Medical Clinic                 South GA Radiology
7948 BAYMEADOWS WAY                  401 W Main St.                     POBox 15727
2ND FLOOR                            Swainsboro GA 30401-3110           Savannah GA 31416-2427
JACKSONVILLE FL 32256-8539


Sterling Finance                     Swainsboro Financial Services      Swainsboro Financial Services
1100 Hill Crest Parkway              521 South Main St.                 621 S Main Street
Ste. A3                              Swainsboro GA 30401-4875           Swainsboro GA 30401
Dublin GA 31021-4368


Tom's Pawn Central                   Verizon Wireless                   World Finance Co.
216 N Coleman Street                 PO Box 3397                        108 Frederick Street
Swainsboro GA 30401-3551             Bloomington IL 61702-3397          Greenville SC 29607-2532


Zebit
9530 Towne Centre Dr.
Ste. 200
San Diego CA 92121-1981
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank USA, NA             Jefferson Capital Systems          Portfolio Recovery Assoc.
PO Box 85015                         16 McLeland Rd                     120 Corporate Blvd.
Richmond VA 23285-5075               Saint Cloud MN 56303               Ste. 100
                                                                        Norfolk VA 23502


Professional Debt. Mediation
7948 Bay Meadows Way
2nd Floor
Jacksonville FL 32207
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Economy Finance Company           (d)J. Michael Hall                 End of Label Matrix
Walters Management Company           Hall & Navarro, LLC                Mailable recipients   42
34 SE Broad Street                   5 Oak Street                       Bypassed recipients    2
Metter GA 30439-4428                 Statesboro, GA 30458-4848          Total                 44
```